KATHLEEN TOOMEY, Respondent, *v.* WESTERN UNION TELEGRAPH COMPANY, Appellant.

Argued October 10, 1938; decided October 25, 1938.

*John H. Waters, Francis R. Stark* and *John H. Walrath* for appellant.

*Leonard H. Amdursky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.